UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREG BEEKS,<br><br>                Plaintiff,<br><br>      v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | CASE NO. C09-5598 FDB JRC<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF |

After reviewing plaintiff's motion for an extension of time (Doc. 13), the Court finds and orders as follows:

The motion is **GRANTED**. Plaintiff's Opening Brief shall be filed on or before **March 16, 2010**, Defendant's Answering Brief shall be filed on or before **April 13, 2010**, and Plaintiff's Reply Brief shall be filed on or before **April 27, 2010**. Any request for oral argument shall be submitted no later than May 4, 2010.

DATED this 27th day of January, 2010.

_/s/ J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge

ORDER - 1