UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY L. BEEKS,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | CASE NO.  C09-5598 FDB-JRC<br><br>ORDER AMENDING SCHEDULING ORDER |

BASED upon the motion by Defendant and with no objection by the Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

Defendant's responsive brief shall be filed on or before **April 19, 2010**, and Plaintiff's reply brief shall be filed on or before **May 3, 2010**.  Any request for oral argument shall be submitted no later than May 10, 2010.

DATED this 14th day of April, 2010.

                                          J. Richard Creatura
                                          United States Magistrate Judge

ORDER - 1