# United States District Court

WESTERN DISTRICT OF WASHINGTON

GREGORY L. BEEKS,

          v.

MICHAEL J. ASTRUE,

JUDGMENT IN A CIVIL CASE

C09-5598 RBL

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court adopts the Report and Recommendation; and

(2)     The administrative decision is **AFFIRMED**.

|  |  |
|---|---|
| September 7, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
|  | *s / Mary Trent* |
|  | Deputy Clerk |